[No. 37759-4-II.   Division Two.   August 18, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. ALLYN J. RICKARDS, *Appellant*.

Appeal from a judgment of the Superior Court for Mason County, No. 07-1-00427-1, Toni A. Sheldon, J., entered April 21, 2008. *Affirmed* by unpublished opinion per Bridgewater, J., concurred in by Houghton and Hunt, JJ.

[No. 37862-1-II.   Division Two.   August 18, 2009.]

MARY E. MIVILLE, *Appellant*, v. ROBIN ARNOLD-WILLIAMS, *as Secretary of the Department of Social and Health Services*, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Thurston County, No. 06-2-00293-5, Christine A. Pomeroy, J., entered June 5, 2008. *Affirmed* by unpublished opinion per Houghton, J., concurred in by Quinn-Brintnall and Kulik, JJ.

[No. 37965-1-II.   Division Two.   August 18, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. ADOLPHUS GOODWIN, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 06-1-02932-3, Kitty-Ann van Doorninck, J., entered June 4, 2008. *Affirmed* by unpublished opinion per Penoyar, A.C.J., concurred in by Houghton and Quinn-Brintnall, JJ.

[No. 38130-3-II.   Division Two.   August 18, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. DIANE NADINE GRIMES, *Appellant*.

Appeal from a judgment of the Superior Court for Lewis County, No. 07-1-00915-3, Nelson E. Hunt, J., entered July 8, 2008. *Affirmed* by unpublished opinion per Armstrong, J., concurred in by Van Deren, C.J., and Penoyar, J.